UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**NANCY ANN MIERAU BUCKNER,**

        **Plaintiff,**

v.                                                                  Case No.  **6:22-cv-2203-CEM-DAB**

**PREMIUM DESTINATIONS, LLC,**

        **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court upon *sua sponte* review. Plaintiff filed the Complaint (Doc. 1) in this case on November 28, 2022. (*Id.* at 15). Plaintiff then effectuated service on Defendant on December 7, 2022. (Return of Service, Doc. 11, at 1). To date, Defendant has not appeared in this action. Local Rule 1.10(b) requires a party to apply for default "[w]ithin twenty-eight days after a party's failure to plead or otherwise defend." Local Rule 1.10(d) provides that "[f]ailure to comply with a deadline in [Local Rule 1.10] can result in dismissal of the claim or action without notice and without prejudice." Plaintiff was also warned that "[f]ailure to comply with ANY Local Rules or Court Orders may result in the imposition of sanctions including, but not limited to, the dismissal of this action." (Notice to Counsel and

Parties, Doc. 6). Plaintiff has failed to file for default, and the deadline to do so has passed.

Accordingly, it is **ORDERED** and **ADJUDGED** that this case is **DISMISSED** for failure to prosecute.

**DONE** and **ORDERED** in Orlando, Florida on February 2, 2023.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record